AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:22-mj-00275 |
| v. | ) | Assigned to: Judge Meriweather, Robin M. |
| Peter Krill, Jr. | ) | Assign Date: 12/14/2022 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2), | |
| 40 U.S.C. § 5104(e)(2)(D) and (G), | |
| 18 U.S.C. § 111(a)(1), | |
| 18 U.S.C. § 231(a)(3). | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Jason D. Novick, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  12/14/2022

_Judge's signature_

City and state:  Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_