AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Peter Krill, Jr. | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Peter Krill, Jr.    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Entering and Remaining in a Restricted Building or Grounds and Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct in a Capitol Building and Parading, Demonstrating, or Picketing in a Capitol Building
18 U.S.C. § 111(a)(1) - Forcibly Assaulting, Resisting, Opposing, Impeding Federal Officers
18 U.S.C. § 231(a)(3) - Civil Disorder

Date:    12/14/2022

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2022.12.14 21:01:19 -05'00'

*Issuing officer's signature*

City and state:    Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/14/22, and the person was arrested on *(date)* 12/15/22
at *(city and state)* at ▮▮▮▮▮▮ Sewell, NJ 08080.

Date: 12/15/22

*Arresting officer's signature*

Special Agent Jason Novick
*Printed name and title*