UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-CR-** |
| | : | |
| v. | : | **MAGISTRATE NO. 22-MJ-275** |
| | : | |
| **PETER KRILL, JR.,** | : | **VIOLATION:** |
| | : | |
| Defendant. | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Civil Disorder)** |
| | : | |
| | : | |

# **I N F O R M A T I O N**

The United States Attorney charges that:

## **COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **PETER KRILL, JR.** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, and adversely affected the conduct and performance of a federally protected function.

(**Civil Disorder and Aiding and Abetting**, in violation of Title 18, United States Code,

Section 231(a)(3))

Dated: September 28, 2023

                                              Respectfully submitted,

                                              MATTHEW GRAVES
                                              United States Attorney

By:    */s/ Sarah W. Rocha*_____
        SARAH W. ROCHA
        Trial Attorney / Detailee
        DC Bar No. 977497
        219 S. Dearborn Street, Fifth Floor
        Chicago, Illinois 60604
        sarah.wilsonrocha@usdoj.gov
        (202) 330-1735