Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23-cr-00342-JEB |
| ) | |
| PETER KRILL, JR. ) | |

## WAIVER OF INDICTMENT

I, _____Peter Krill, Jr._____, the above-named defendant, who is accused of

Civil Disorder, in violation of 18 U.S.C. § 231(a)(3)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____10·10·2023____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____     Date: __10/6/23__
JAMES E. BOASBERG
United States District Judge