CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 23-cr-00342-JEB |
| ) | |
| PETER KRILL, JR. ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

Sarah W. Rocha
_____
Assistant United States attorney
Trial Attorney / Detailee

Approved:

_____
JAMES E. BOASBERG
United States District Judge

Date: 10/6/23