IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-CR- |
| v. | : | 18 U.S.C. § 231(a)(3) |
| **PETER KRILL, JR.,** | : | |
| **Defendant.** | : | |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Peter Krill, Jr., with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020

Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

8.      The attack at the Capitol on January 6, 2021 constituted a civil disturbance that affected interstate commerce by, among other things, drastically reducing, on that date, the sales of groceries and other goods, shipped in interstate commerce, at Safeway stores in Washington, D.C.

### *Peter Krill's Participation in the January 6, 2021, Capitol Riot*

9.      The defendant, Peter Krill, traveled from New Jersey to attend the "Stop the Steal" rally occurring in Washington, D.C., on January 6, 2021. After attending the rally, the defendant walked to the U.S. Capitol where a large crowd had gathered to protest Congress' certification of the Electoral College. The defendant was carrying an American flag and wearing camouflage pants, a blue "Trump 2020" sweatshirt, a helmet, and goggles. At times, the defendant also wore a mouthpiece.

10. By approximately 1:35 p.m. EST, Krill moved to the front of a large crowd that had begun clashing with USCP and Metropolitan Police Department (MPD) officers along a perimeter of bike rack barriers on the West Front of the U.S. Capitol grounds. Krill observed that the building was closed to the public and officers were attempting to keep the crowd from entering the building.

11. Krill grabbed part of the bike rack barricade and pulled it away from the officers, including Officer T.T., allowing a group of protestors to push into the officers before they were pushed back behind the barricade. The crowd, including Krill, broke through the perimeter.

12. At approximately 2:36 p.m., Krill unlawfully entered the U.S. Capitol building through the Upper West Terrace Door. While inside, Krill traveled to the Rotunda.

13. At approximately 3:00 p.m., police officers entered the Rotunda and began to clear the room of rioters, including Krill. Krill disregarded commands from the officers to leave the Rotunda and tried to hold his position despite police officers' attempts to clear the room.

14. At approximately 3:23 p.m., Krill exited the Capitol building through the East Rotunda Doors.

### *Elements of the Offense*

15. Peter Krill, Jr. knowingly and voluntarily admits to the above facts and agrees that they meet all of the elements of 18 U.S.C. § 231(a)(3). Specifically, Krill admits he acted with the intent to obstruct, impede, or interfere with the police officers' lawful performance of their official

duties incident to and during the commission of a civil disorder which adversely affected commerce and the performance of a federally protected function.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: *Sarah W. Rocha*
_____
SARAH W. ROCHA
Trial Attorney / Detailee
DC Bar No. 977497
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604
sarah.wilsonrocha@usdoj.gov
(202) 330-1735

## DEFENDANT'S ACKNOWLEDGMENT

I, Peter Krill, Jr., have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9/7/2023

PETER KRILL, JR.
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 9/7/2023

MAGGIE MOY
Attorney for Defendant