# EXHIBIT A

The Honorable James E. Boasberg
Chief Judge, United States District Court
US District Court for the District of Columbia
333 Constitution Ave. NW
Washington, DC  20001


Your Honor,

I am writing to you today with a heavy heart. I want to apologize for my action. I fully
understand the seriousness of these charges and I take full responsibility for what I have done. I
deeply regret attending the events in Washington that day, and since that day I hve taken steps to
reflect on my actions and how it affected our family. I have made amends to my family and have
started to attend my wife's church. I know I also must make amends to those effected by my
actions that day, the officers who were doing their job to protect the Capitol and the people who
work there.

I have asked myself so many times how I ended up there that day. How I ended up
committing another crime. After years of addiction and crime, after my last arrest in 2004, I
finally started to turn my life around. While I was in prison, my parents came to see me. It
broke their hearts and mine. I think that was the moment when things finally changed. When I
was paroled in 2009, I dedicated my life to sobriety. I relapsed twice, once in 2010 and again in
2011. Both times, I drank alcohol, but I immediately returned to sobriety and have not relapsed
again. For the last 15 years, I have focused on recognizing triggers that could cause me to
relapse into addiction, and using the tools to prevent that. I never imagined that something could
trigger me to relapse into criminal behavior. I know that now. If I had realized it that day, I
would have known to rely on my tools to stop the behavior. Stop me from going there in the first
place. Or use my tools to recognize the danger and make me leave after the rally. I will always
regret that day.

I am committed to moving forward in a positive direction. Thank you for taking the time
to read this letter.

Sincerely,

Peter Krill

The Honorable James E. Boasberg
Chief Judge, United States District Court
US District Court for the District of Columbia
333 Constitution Ave. NW
Washington, DC  20001


Your Honor,

I am writing to you today as the wife of Peter Krill who stands before you awaiting sentencing. I want to take this opportunity to shed some light on my husband's character.

I want to first and foremost express my support for my husband. I understand the gravity of this situation. I believe he is capable of redemption and worthy of forgiveness for his actions. Pete never intended to do anything criminal on January 6th. Peter is a loving husband, father, and mentor of our community.

Pete and I have been recovering addicts and together for close to 15 years. Not only has he helped many individuals get sober, but stay sober. I honestly don't even know where I would be without his constant support and love. Pete and I have had many challenges over the past 15 years. We have lost three of our parents within four years. We also gained three beautiful grandchildren. Our family depends on Pete's loving actions and demeanor. "Paw-Paw" is a favorite to our grandchildren.

Pete's health has gotten worse over the years. He gets up everyday striving to be the best man he can be. He works tirelessly on being the best father and grandfather. He is a man of integrity and has always strived to do what is right, even in the face of adversity.

I know my husband deeply regrets the choices he made and the pain he has caused our family. He has shown genuine remorse and sorrow. I believe Pete has learned from this situation and is a better person as a result. I ask for your compassion and leniency as you consider his case. I believe that prison would be a setback for all Pete has overcome and has left in his past. He is our family's rock.

I want to thank you for taking the time to read this letter.

Sincerely,

Estelle Krill

Hello your honor, my name is Nicole Messenger. I am a stay at home mom of 2 children with a bachelors degree in law and justice obtained from Rowan University, daughter of Estelle Messenger-Krill and step daughter to Peter Krill. I have known Pete for 15 years and when my mom first introduced him to me as her boyfriend I thought she was insane. A man who was previously in prison I couldn't understand what she saw in him, and this was just based off of looks alone. Until I took a chance to know him. I've had more of a relationship with Pete these past 15 years than I have my own father. Your honor I was raised by my grandfather even though my father was presently in the household, and Pete is the only one of my 3 dads that truly took on the fatherly role. He taught me self discipline, he dedicated his time and effort to help me with homework assignments, he came to my sporting events and he encouraged me to have drive in this world. He has witnessed me blossom into a woman and for him I'd like to thank for being a strong one. He's taught me so much over these 15 years that he probably doesn't even realize but because of him I got to live a life without drug addicted parents fighting every night, I got the chance to live in a house filled with love, laughter and honesty. He turned my childhood around for the better, and gave me a chance at a real future. Had I continued to grow up in my previous household who knows where I'd be today. Pete kept my mom clean for the first time in my life, he gave her real love and showed me what it was like to truly have a loving and active father. Fast forward to now I have 2 children, my oldest Mia who is three years old is incredibly attached to Pete whom she calls paw-paw and she has 4 grandpa's and her paw-paw will always be the one she runs to first. "Paul Bloom argues that humans are in fact hardwired with a sense of morality. Drawing on his research at Yale, Bloom demonstrates that, even before they can speak or walk, babies judge the goodness and badness of others' actions; feel empathy and compassion; act to soothe those in distress; and have a rudimentary sense of justice" (YaleNews). In all, Pete may have this exterior that singles him out from the rest, but inside he's a man of many traits, he's hilarious, kind, insanely smart and an all around family man. He loves us and I hope this letter helps show how much I love him too.

Thank you,
Nicole Messenger

Dear Honorable Chief Judge James E. Boasberg,

I am writing this letter to provide a character reference for Pete Krill, whom I have had the privilege of knowing for the past 14 years. My name is Chris Messenger, and I am
                                        with nearly 19 years of service.

Pete is not only my stepfather; he is an indispensable part of my life and an incredible husband to my mother. Our relationship is extremely meaningful to me, well surpassing my initial expectations. I am compelled to express my unwavering admiration for Pete's character, integrity, and the positive impact he has had on my life and our family.

From the very beginning, Pete has exemplified honesty to a degree that sets him apart. I can confidently state that he is the most honest person I have ever encountered. Since my mother introduced us, Pete has consistently demonstrated loyalty, care, ambition, and, above all, authenticity—the qualities anyone would seek in a family member.

Throughout the years, Pete has been a law-abiding citizen, adhering to every regulation and law that I have ever known. His commitment to legality and order has been constant, contributing to his stellar reputation within my family, extended family and friends.

Pete's generosity has no limits, and I have personally experienced numerous instances where he selflessly supported me through the most challenging times. Whether providing moral guidance, assisting with mental health concerns, or undertaking countless home repairs, Pete's generosity has been a constant pillar of support for me and my family.

There have been occasions when my home faced near-catastrophic issues, and without Pete's expertise and dedication as an amazing stepfather, my house might have become uninhabitable. His countless generous acts extend not only to my family but also to my friends, showcasing his willingness to help whenever needed.

Pete's selflessness is truly commendable. Regardless of the challenges he may face personally, he consistently puts others before himself. I have witnessed his commitment to being there for me and my friends, irrespective of the difficulties he may be dealing with on any given day.

Pete's reputation is impeccable, earning the admiration and respect of everyone who crosses his path. I have received countless compliments about his character from friends who have had the pleasure of knowing him. It is genuinely rare to find someone who, like Pete, is universally liked and respected.

A great example of Pete's character occurred a few months ago when my best friend encountered a home issue shortly after welcoming a newborn to his family. Pete, without hesitation, intervened and restored running water to their house, demonstrating his generosity with no expectation of anything in return.

Pete has been the rock my family didn't realize we needed. His support has been instrumental in shaping the lives of not only myself but also my family and friends. I can't imagine where my life would be without him.

I am fully aware of Pete's recent mistakes, and it is a testament to his character that he has taken full responsibility for them. The idea of Pete serving time is, without a doubt, the most significant travesty I have personally faced. If any man deserves a chance to continue the life he has built from scratch and positively impact countless lives, it is Pete.

In the event of any opportunity for leniency, I wholeheartedly express my commitment to supporting Pete. I am willing to do everything in my power to contribute to a fair and just outcome. I, along with everyone whose lives Pete has touched, will stand by him through thick and thin.

Thank you for your thoughtful consideration of this character reference.

Very respectfully,
Chris Messenger

From: Estelle Messenger
Subject: **Peter Krill character letter**
Date: **Dec 7, 2023 at 5:31:20 PM**
To: **maggie_moy@fd.org**

Honorable Chief Judge James E.Boasberg
My name is Estelle Messenger. I am a retired state worker . I worked
at the Camden County Courthouse in the Domestic Violence Unit.
                    I have known Pete Krill for 14 years he is married to
my oldest child my daughter Estelle since 2013. I feel like I know
Pete very well as we see each other very often. I find Pete to be very
honest, law abiding and generous to a fault. He is never comfortable *TAKING*
only wants to be the giver.                                    He has
helped friends of mine children who have had issues with addiction,
 as well as two of my grandsons who had battled addiction. He has
mentored them and greatly aided them on their road to sobriety.
 They have been drug free and are both married with children. He
has an excellent reputation and is well liked by all my family and
friends.                    He is a very kind and caring son-in-
law. He has always included me in any get togethers that his family
would have and when his parents were living he always invited me to
dinners and visits to their home in North Jersey.
                    He has been a living and devoted
Grandfather to my grandchildren and great grandchildren.
                    I think the world of Pete and am so happy that
my daughter has a husband who is so kind and caring toward her
and her whole family.          He is also very devoted to his son and
Grandaughter Maisie as well as to his brothers, their families and
extended family aunts, uncles cousins and their children.
                    I know Pete has remorse because he sees how the
situation has made his family so concerned for him.

 I hope this letter conveys my opinion of Pete and can give you an

idea of what he means to and my whole family.

Sincerely,

Estelle Messenger

Sentfrom my iPhone

David J. Krill


C/O Maggie Moy, AFPD
Honorable Chief Judge James E. Boasberg
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Subject: Character Reference for Peter M. Krill

Your Honor,

I am writing this letter in support of my brother, Peter M. Krill, who has shown remarkable dedication and resilience in overcoming addiction and transforming his life.

I have witnessed firsthand Pete's journey towards recovery, and I am genuinely impressed by the positive changes he has made. He has demonstrated unwavering commitment to rehabilitation, seeking professional help, and actively participating in support programs. Through his determination and hard work, he has successfully overcome the challenges associated with addiction.

During his recovery, Pete has shown immense personal growth. He has re-established trust within our family and the community, mending relationships and rebuilding his life. His commitment to maintaining sobriety is evident in his daily actions, and he has become a source of inspiration for others facing similar struggles. He has an incredible support system in his extended family and friends who are ever present in his daily life.

In the past, there were times our relationship was strained due to Pete's addiction, and my extreme intolerance of that lifestyle. For nearly a decade, we didn't speak or associate due to these issues. Now, fifteen years plus removed from that troubled time, I'm proud to say we are closer than ever before. He has become the brother, uncle, father, grandfather that we all hoped for. To demonstrate the level of respect and appreciation I have for Pete's transformation, my wife Shoshannah and I chose Pete and his wife Estelle to be Godparents for daughter Adeline three years ago. All of my children love their Uncle Pete dearly, and if you watch him interact with my kids, his grandkids, and nieces and nephews, you would see how genuine their love for each other is.

My wife and I are both in law enforcement, Pete has been one of my biggest supporters. He's been there for every promotion, and every meaningful event in my life since we reconciled. Pete is passionate and patriotic, I believe his intent was to protest in a lawful manner. I do not believe my brother would act to intentionally harm anyone, especially law enforcement personnel. He has taken accountability for his actions and has continued to display a positive attitude day in and day out.

I firmly believe that Pete has learned valuable lessons from his past and has emerged as a responsible, accountable, and compassionate individual. He has taken meaningful steps to contribute positively to society and has become a role model for those seeking redemption and a second chance.

I am confident that Pete will continue on this path of recovery and contribute positively to society. He has proven capable of complying with the restrictions of probation and parole. I believe jail time could be detrimental to his long-term recovery and would be devastating to our family. I kindly request the court to consider Pete's transformation and acknowledge the efforts he has made to rebuild his life.

Thank you for your time and consideration.

Sincerely,


David J. Krill

Shoshannah Heskeyahu

C/O Maggie Moy, AFPD

Honorable Chief Judge James E. Boasberg

United States District Court for the District of Columbia

333 Constitution Avenue NW

Washington, DC 20001

Subject:  Character Reference for Peter Michael Krill

Your Honor,

I am writing this letter in support of my brother-in-law, Peter Michael Krill, who has been an advocate for helping himself with overcoming addiction and helping others like my brother with addition and transformed himself into such a genuine and good-hearted person who wants to be able to help others.

The first time I met Peter, I was at a wedding for his aunt with my now husband David (Pete's Brother).  I knew from speaking with my husband, that Pete had suffered in the past from drug addiction and was clean for approximately 8 years at that time.  I was amazed by his strength, being in law enforcement I've seen people never get to that point and I was able to see that Pete had an immense passion for helping others.

Over the years, we became family, he knew from our discussions that my brother struggled with addition, he didn't even hesitate and asked if he could reach out to him to see if he could help.  He's been such a positive impact on my brother who has now been clean for over 3 years.  We need more good people like Peter in this world.

Over 3 years ago we asked Peter and my sister-in-law Estelle to be the godparents to our daughter Adeline.  We believe in Peter and love him.  He is such an amazing uncle to our children and not only being our children's uncle, but he is also a grandfather, and we love seeing him play with all the kids.

Both my husband and I are in law enforcement, Pete has the upmost respect for law enforcement, Pete is a also very passionate person. I do believe that his intent was to peacefully protest, I know Pete would never harm anyone especially in law enforcement intentionally.  I believe he has taken accountability for his actions.

I believe in Pete; I believe he is a very positive and honest person and has learned from his past.  He is a very responsible person and has become a role model for not only my brother, my children, but also myself for being the very best person I can be.  We all are learning every day and I feel like we all make mistakes but it's how we redeem ourselves and who we help that makes us the person we are today.

I kindly request the court to consider how Pete has transformed his life and all the efforts he has made to rebuild himself and help other in his life.


Thank you so much for your time and consideration.


Sincerely,


Shoshannah Heskeyahu

My name is Jacob Wilson, I am an employee of the government in            MD, and I am writing to you on behalf of Peter Krill. I met Pete back in August of 2019 at a Whiskey Meyers concert. We went to many other concerts together throughout the years as well as having lunch together in my hometown.

I consider Pete to be a very loyal friend. Back in March of 2021, I started my sobriety.  There's not many of my friends that I had at the time that were sober. I didn't have many people to relate to or talk to about it. Even though Pete was hours away from me his phone was always on. If I needed someone to talk to or help me through navigating my new journey he was always there. From the day I started my sobriety to this very day, Pete sends me inspirational quotes to help me stay on track with my sobriety and still checks on me day after day.

Pete is a hardworking man that loves his job and he is great at what he does. I have seen many of the jobs he's done throughout the last couple of years.  You could ask any of his clients about the jobs that he has done and that he is an outstanding carpenter.

Pete is a family man, through the pictures he sends of Estelle and his grandbabies  it is evident that Peter's family holds a special place in his heart. His commitment to being present for his loved ones, despite the demands of his profession, showcases how much he loves and cherishes his family.

He is HONEST and reliable. He will do what he says he's going to do. I hope that you will take some of these words into consideration because Peter Krill is an exceptional man and I believe and know that he deserves a second chance.


Sincerely,

Jacob Wilson

December 15th, 2023

Dear Honorable Chief Judge James E. Boasberg:

  My name is Sam Klein, I am the Chief Information Officer at Campbell's Express, and have known Peter Krill, Jr. for over ten years.  I met him through one of the owners at the company for which I work.  At that time, he was helping to fix up the owner's house, and I found myself impressed with his hardworking nature and attention to detail.  Over the years, I have gotten to know Pete through mutual friends and labor exchanges.  I have helped him out with computer-related issues, and he has helped me with house-related issues.  I value Pete's extensive knowledge, upstanding character, and genuine friendship.

  Since I have known Pete, I have found him to be generous with his time, patience, and humor.  I have seen him go out of his way to help friends, family, and strangers in need.  One time, he encountered another individual who had served time and was down on his luck; Pete took it upon himself to try to assist in finding work for this individual and to help him get back on his feet.  Another time, I found him mentoring his daughter's boyfriend to instill knowledge in him and prepare him for a successful career as an electrician.

  I have certainly been fortunate enough to experience Pete's passion for helping others firsthand, as well.  There was an occasion when I had a water pipe burst in one of my walls.  I was at work, when I found out the news.  On that occasion, I wasn't just flooded with water, but, also, emotion and uncertainty.  Panic-stricken, I reached out to Pete who willingly dropped whatever he was doing to assist with the disaster.  Thanks to his efforts, we were able to stop the leak, mitigate the damage, and calmly assess the situation.

  What I find so unbelievable and inspiring about Pete is his resiliency and his unwavering will to learn and grow.  It is even more remarkable, when I reflect on Pete's struggles and the losses he has had to endure.  Some years back, Pete lost his mother to cancer.  Understandably, it was a painful and challenging time.  A few years later, he lost his father to the same illness.  I would not wish such sorrow on anyone, but, to Pete's credit, he endured.  A short while later, his beloved German Shepherd, Ava, passed.  Not that long ago, his wife, Estelle, lost her balance outside and broke both of her legs, which required her to be in a nursing home for two months.  Earlier this year, she had to have both of her knees replaced.  This was a procedure Pete encouraged because he wanted to be around to take care of her during her recovery.

  All of this is a testament to who Pete is as a person.  He consistently puts others before himself.  He gives back to his community, family, and friends.  Perhaps, most importantly, he tries to learn from his past mistakes, to grow as an individual, and to be a better man.  Honestly, I think that is something for which more people should strive.

  My hope is that Pete's sentencing will be reflective of who he is as much as what he has done.  He is an imperfect man living in an imperfect world trying to find his way and to be a light for others to follow.  If a man's actions are indicative of his nature, the voluminous tomes of honorable deeds performed by Pete represent someone of integrity, compassion, and humility.  Thank you kindly for your time and consideration.

Sincerely,

*Samuel D. Klein*

Samuel D. Klein

December 14, 2023

Re: Pete Krill character letter

To: Honorable Chief Judge James E. Boasberg,


Dear Your Honor,


My name is Timothy Conklin, I am writing to you on behalf of my family and our friendship, to Pete Krill and how we came to know Pete…through an old high school friend, that he married.  My family and I met Pete in 2019, and instantly connected with him, in regards to his love for music and German Shepherds, as had 2 and I had 1…not to mention his wife and I were friends, since we were 13 years old.

In honesty, when we initially met, I never thought we would be friendly…maybe socially accepting, but not to the extent our friendship is today. I used the theory from my grandfather, "to never judge a book by it's cover" and this could not be truer, as Pete is probably the most genuine, honest and trust-worthy man, I have ever met…a true friend, to me and my family.

Pete is a passionate man, about the way our world is crumbling and the social issues that surround us, daily…we discuss many of these issues, weekly, over a coffee stop or when we get our dogs together to play, but we do refrain from these talks over dinner, as our wives would rather enjoy the catching up and talking about the kids, grandkids etc…which is probably best.

Pete is a man, that is willing to help, whenever called…he has helped me fix some things at my home, within an hour's notice, babysit my dog, use a tool or just advice, on what I should do to remedy a situation, at hand. Not only is Pete, a smart craftsman…his Christianity has come to the forefront in our friendship and he shares many daily prayers with me, that are unsolicited…but he listens to me and maybe picks up an issue that I am experiencing and a nice message from Pete, arrives on my phone…friends do this kind of stuff, not acquaintances.

I am a very busy salesman, and travel frequently for work and my children's schedules…he checks on my family and asks if anyone needs anything while I am away…My wife and children, often refer to Pete, as "Uncle Pete" is here, to check on us. This is a trait that not too many men, have these days, especially with Pete's current family demands and responsibilities…He is a great husband, good father and the best grand-father (next to mine) I have ever witnessed. His love for family, friends, animals and this country is what makes him so special to everyone he meets.

Pete's past in no mystery and he talks about it frequently, owns it and works on being better every day, this is another great trait in a real man…In my opinion, this is why he has become such a great person in our community and within our family dealings…not to mention other families that come into contact with Pete, as the world is a small place and everyone seems to know everyone, or a connection of commonality is present…the same statement seems to be consistent, "do you know Pete? How did you meet him?" "He is an awesome guy…always willing to help you, when needed" and I laugh and say "yep he is…I knew his wife when we were 13yrs old and…we have been friends ever since we met"

These past few months have been quite stressful for all of us, that truly love Pete and his family…we talk about the incident and Pete, seems to have come to understand, that his emotions overcame him that day and looking at what Pete is responsible for, daily…a lot of remorse has set in…Good people show this characteristic, and good people love their country, family, friends and the air they breathe…they are many bad people out there, that deserve punishments that take away many freedoms, that we are so lucky to have…including the family and friends connection…Pete is not one of those people! We are all passionate about certain things in our lives, some emotions we can control and some we just cannot, not one American is perfect, we are all imperfect…I go to church every Sunday, and my mass is filled with hypocrites and imperfect people, but we all have the passion to be better, hence why we are all there, Sunday AM…Pete is one of the good ones, that has repaired his wrong-doings and continues to work at self-reflection and repair, daily.

Our community and society is a better place, with Pete in it…not away from it…his reputation says so, good people make mistakes, and have remorse, bad people make mistakes and thumb their noses to authority and keep making those bad mistakes, until someone is either hurt or dies. This is not what Pete is…Pete needs to stay on his repair journey, as he is not only helping himself, he is helping and needed, by others…and he is loved by the same.

Thank you for your time and my apologies for the long read…but we are passionate, for Pete and his entire family.

Happy Holidays

Timothy Conklin

My name is Joseph V.Guglietti Sr. I am a

. I have known Pete
Krill since approximtly 2009.He married my best
friend Chris Messenger mom over 10 years ago. I feel i
know Pete pretty well to the point he would drop
anything he doing to help someone in need.

I have learned in my life experience that you
can really see how a person is based on how
they treat animals and those they love. Just
from watching Pete interact with his dogs and
the genuine love that is there {both ways } he is
truly a great guy. The way he has trained them
and taught them to be around children
,animals, and adults    they are nothing short of
a pleasure. To the point that watching him
made me adopt 2 dogs from shelters over the
last 14 years. I've never had any pets prior and
he went above and beyond to show me to train
and teach them to be around people. I can

honestly state it has been one of the most rewarding things anyone has ever showed me.

I was recently married {8/21/22}and had my first child born 6/30/23, all along the enaggamant process he would text me and give me words of wisdom. During the pregnancy he would send a text and assure me everything would be fine and really helped me prepare to menatally be a father and a husband. Would always say be prepared to never sleep ... boy was he right.

Pete and his wife Stelle were among the first wave of people to see us and our baby in the hospital, before a huge chunk of our family and friends . You can see his face light up with joy when he is holding the baby .Truly one of the most touching things you could witness.

As my family has grown and we moved into a

new residence, Pete would drop what he was doing to help us in any way possible with any issues we would run into. Let's be frank there are always issues when moving. I can think of a time were my wife was between 7-8 months pregnant and one of my friends was "helping" us and he told us that we would need to shut the water off until morning.    Shortly after this we called Pete at around 9 -10 PM he immediatly came over our house and in what felt like minutes had the whole issue resolved and back working. I have also witnessed a time when my friend {Pete's stepson} had people over and there was some type of plumbing issue in his house, and very similar to my story in what felt like minutes the issue was resolved.

  To see the way he interacts with his grandchildren is pure joy. Ive watched little Mia {his grandaughter} go nuts just to play and have

fun with him. He would clear his schedule and go to home depot and do projects with her and the look of happiness on a childs face is irreplacable. truly touching to watch and she is smiling and loving the time spent together .

 I hope that writing this letter gives you and idea of how Pete is and how much i truley respect and love him

Thank you

Joseph V.Guglietti Sr.

Your Honor,

  I am writing this letter to provide a character reference for Pete Krill, who is facing legal proceedings. I am not the best writer, but I hope my words can shed light on Pete's character. My daughter and I have lived in a duplex above Pete and his wife Estell for over a decade. We have become very close like family. I know Pete had struggles earlier in life, but we only know the Pete that has become a brother to me and uncle to my daughter. Pete is a loving, caring, honest, selfless, devoted, hard-working, loyal, husband, father, grandfather, uncle, and friend. he has helped me and my family countless times. He takes his granddaughter to Home Depot on Saturdays to do "build it projects. he dresses up as Santa putting presents under the tree in the middle of the night so his granddaughter can see Santa. I have even seen him in bunny ears. There is literally nothing he won't do to make other people happy. He mentors my son-in-law, on a daily basis. These are just a few examples of what a great person Pete is.

For the court to consider Pete character and importance to his family and friends when making your decision.

        Thank you
         Dave Sullivan



From: **James Punch**
Subject: character letter -Peter Krill jr.
Date: December 6, 2023 at 9:22 PM
To: maggie_moy@fd.org

Honorable Judge James E. Boasberg,

My name is James Punch. I am a driver for a dry cleaning company. I have known Pete for 9 years and he is married to my stepdaughter Estelle Krill. Pete welcomed me into his family right away and I could tell how sincere he is. Our relationship has strengthened because we both know that family is always first.

Pete is so generous ,especially for going out to dinner,which he insists on paying for everyone present. Anytime there is a problem with household appliances,Pete will be there to fix this ASAP,no matter what ,and stay there until the job is done.

Pete has helped others battling addiction by speaking at meetings, which I have witnessed. He also was inspiring to my nephew ,helping him on the path to sobriety.

Pete has expressed to me remorse for his mistake. His family & especially his grandchildren mean so much to him I would hope & pray that this letter will attest to his character.

Sincerely,
James Punch

**Kevin & Danielle Wasniewski**

December 14, 2023

Honorable Chief Judge James E. Boasberg
c/o Maggie Moy, AFPD
Federal Public Defender Office
800 Cooper Street, Suite 350
Camden, NJ 08102

RE: Character Letter for Pete Krill, Jr.

Dear Judge Boasberg,

Our names are Danielle & Kevin Wasniewski. We are small business owners of a company called Blue Moon Estate Sales of the Delaware Valley and Kevin is the Director of Sales for Leica Corporation. We live in Mullica Hill and moved here in 2016.

We have known Pete for approximately 7 years now. We met Pete through our close friends and neighbors, Michael & Dawn Messenger as Pete is Michael's brother-in-law. After moving into our home, we had been talking with Michael & Dawn about needing to find someone to do some work inside our home. Michael had mentioned that his brother-in-law Pete had done lots of work inside their home and highly recommended him to us. We met with Pete and discussed our plans for the work we wanted completed and we promptly hired him. He has performed both large and small jobs for us in our home since 2018. We have always been very pleased and beyond satisfied with the work he has done for us.

We have also interacted with Pete on a social level over the past 7 years. We're very close with Pete's wife's family (The Messengers) and have attended many parties and gatherings together over the years. We know Pete's immediate family personally and have witnessed the love and admiration he has for his children and now for his grandchildren. He's an animal lover too. He and his wife travel with their dogs whenever they go on vacation as if they were their children, it really is something nice to see.

We are aware Pete has had issues with the law in the past. It is our understanding that he and his wife met as they were in rehabilitation for their drug use. We've admired how he and his wife were able to find one another and build a new life together and overcome the demons they both have dealt with in their lives. They are a very loving couple, and Pete is a dedicated and very hard-working provider for his family. We were very saddened and disappointed to hear about Pete's involvement with the events of January 6, 2021. We were especially surprised that he would get caught up in the "momentum" of that day. We sincerely believe this to be a temporary lapse in judgement and does not reflect Pete's character. We have entrusted Pete with our family and continue to do so. If anyone has witnessed Pete with his family and friends, they would see a man who is honest, loving, and trustworthy.

We respectfully and sincerely ask the court for leniency in sentencing. Thank you.

Sincerely,

Kevin & Danielle Wasniewski

Dear Honorable Chief Judge James E. Boasberg,

I am writing in reference to Peter Krill, but first I would like to introduce myself. I am John Basile. I have taught mathematics at Academy Park High School for 34 years before retiring in 2012, and then, West Chester University for 6 years. While teaching at Academy Park, I was fortunate enough to be the head coach of the wrestling team for 28 years and the head coach of the volleyball team for 25 years. During this time, I have encountered many outstanding individuals and some forgettable characters. The time teaching has allowed me to develop an understanding of people with good persona.

Pete and I met approximately 6 years ago when I needed work done in my home. Beside his workmanship and dedication to his craft, Peter's character was what laid the groundwork to our friendship. I found Peter's character to be trustworthy, straight forward and honest. He explained his past and how he had overcome his past demons. His story is truly a wonderful example of rehabilitation --- Peter's decency and core values are of the highest level. I understand that Pete has broken the law, but I am convinced of Pete's outstanding moral character. Simply stated; Pete is a good man with solid character who made a mistake.

I would not attach my name to a letter for someone I do not believe in. Pete understands his mistake. Pete needs a second chance on this occasion.  I understand the power and influence you have on this man's life. I ask for your help in helping Pete to reclaim his life and family without interruption.

Thank you,

John Basile

RECEIVED

JAN   4 2024

FEDERAL PUBLIC DEFENDER

December 30, 2023

From: Layne B. Foulk


To: The Honorable Chief Judge James E. Boasberg

Good morning Your Honor. My name is Layne Foulk, and I am a business owner of 25 years in the town of Pitman NJ. I am a Veteran of the United States Navy. A father of three and a proud grandfather.

I am writing to you today to speak of the character of Mr. Peter Krill as I know he is to appear before you sometime soon.

It must have been 15 or so years ago that I met Pete for the first time. He was the boyfriend of a longtime friend whose family I had known for years. He immediately struck me as a man who cared deeply for Estelle and only wanted to do right. I assumed he had a past that he wasn't proud of by his demeaner. While we have never discussed this, he did confirm one day during our many conversations that he had struggled in his youth and would never travel that path again.

I am writing this character reference letter because he is now and has been one of the best men I know. I can assure you, Sir, that this is a term I do not take lightly. We live in a world now where honor and the character traits that go with it are all too rare. I have witnessed Pete love and honor Estelle and her children, embrace her family. Build a successful business whom I have referred my own customers to many times and always with good results. He has been a proud Christian as a member of the True North church. Helped struggling youths and adults whom he barely knew if at all simply because he had the ability and the compassion. He is a proud American, an honorable and productive member of society. In closing Sir, it would be a mistake to hinder all the good that he has accomplished.


Sincerely,

Layne B. Foulk

Dear Judge Boasberg,

My name is Tara Feeley and I have been an active EMT for over 10 years. I have been a community servant for over 20 years and feel my years serving my community have made me an excellent judge of character. I have known Pete Krill for 5 years and his wife Estelle my entire 49 years of life. I have seen Pete's handy work in person and when we decided to take on a kitchen remodel there was no hesitation that I was calling Pete for the job. While Pete was working on my house we truly bonded, I shared stories with him about how I was worried about my oldest son. My son was struggling with confidence issues after some poor life choices he made as a juvenile that landed him in some trouble. Pete did not hesitate to share his past with my son and show him what he has built not just professionally but personally. From the love of his family and friends to his beloved dogs, Pete is one of the most caring and considerate human beings I have ever encountered. The love Pete has for his wife is truly envious especially during her many health concerns over the last few years. I worry about my friend everyday with the thought of Pete not being around even temporarily. Their love is obvious, he does not hide it nor is he ashamed. He is proud, proud of the life he has built when the odds were stacked against him, proud of the love he has for Estelle and her children and grandchildren, proud of the love that is completely reciprocated from everyone in his life, proud that he has a way with animals that will immediately soften him.  Pete loves to travel with his wife and dogs and makes friends (humans and animals) in every state he goes to. I am certainly proud to call this man my friend. I hope you find leniency in his sentence and allow him to continue to be part of his friends and families lives, I know he deeply regrets the decision he made that dreadful day and has suffered tremendously feeling as though he has let so many of us down. He needs to continue being a present Papaw for all these new babies that are being born into the family! I beg for leniency Your Honor, please allow this man to continue to spread his love and be the amazing man, friend, father and Papaw he has been for so long.

Yours Truly,

Tara and Rick Feeley

Louis Panarese
Chief of Police, Ret.

Honorable Chief Judge James E. Boasberg
United States District Court for the District of Columbia

November 27, 2023

Your Honor,

I am writing on behalf of Peter Krill. I'm a retired chief of police from the          Police Department in
        , NJ. I retired in 2017 after 34 years of service; it was during this time that I met Peter. In the late
1980's I was a detective assigned to the narcotics unit. Peter and his peer group were often the targets
for arrests for drug charges as well as minor violations. After one incarceration I provided Peter with
some daily work in my own home as he is a skilled craftsman. We developed a mutual respect after this
but lost contact.

Peter has finally cured his demons and has carved out a good, productive life. He has married, he's a
father, has become a grandfather and as an exceptional craftsman is running a successful contracting
business. As far as I know he hasn't had any legal issues since the 90's until this incident.

I would respectfully ask when sentencing Peter that the minimum sentence be imposed.


Respectfully submitted,

Louis Panarese
Chief of Police, Ret

To the Honorable Chief Judge James E. Boasberg,

My name is Jamie Maldonado. I am a construction worker married with four children. I am writing this letter on behalf of Peter Krill Jr. and who he is to me and my family. He is a friend, a family member, a brother to me and Uncle to my children, and a brother-in-law to my wife, Jill Maldonado. What I can say about Pete is he is a loving husband to Estelle Krill, a father and a grandfather. He is very family oriented. Pete is always doing family things, like taking his grandkids to educational classes at Home Depot or having get togethers with his family. He is always entertaining the kids and making sure they have memorable experiences, like the time he had the Grinch come on Christmas or the family get togethers before Christmas when they make gingerbread houses with all the children.

As for me and my family, we get together with Pete and his family about once a month. I personally speak to Pete every day. About seven years ago, I personally asked Pete to be my sponsor. I already had about three years of sobriety, but knew nothing about the AA program. Over the last seven years, Pete has sent me the AA daily reading via text message every day. No matter what Pete has going on in his life he always finds time to think of others and their well-being. I hope this letter gives you an idea of the unselfish, caring man standing before you.

Sincerely,

Jamie A. Maldonado

Calla Travia

November 27, 2023

**Re: Character Reference – Pete Krill**

To the Honorable Chief Judge James E. Boasberg,

I am writing on behalf of Pete Krill. Uncle Pete entered my life over ten years ago, when he married my Aunt Stel. In this time, he has proven to be a devoted husband, father, grandfather, extremely talented craftsman, and avid animal lover. I consider Uncle Pete to be one of the most down-to-earth and hard-working individuals. For this reason, I am determined to help Uncle Pete be recognized as the man I know him to be.

At first glance, Uncle Pete looks intimidating; however, his outward appearance is not an indication of his true character. It has been with great pleasure to watch Uncle Pete accomplish many great things in the past ten years.

To begin, Uncle Pete has created an astounding reputation for his craftsmanship. He is a self-taught worker who can make any home project possible. He works with multi-millionaires and your average-joe. He can connect with any person, and has gained many relationships beyond work.

Secondly, he has unstoppable work ethic. He takes great pride in his accomplishments and focuses on making people's lives better. Whether that is helping with a backed-up toilet, building a dream kitchen, or using his skills to pull over on the side of the road to help complete strangers. Uncle Pete is devoted to his work, and he has been known to work 24/7 at times. Even with a busy schedule, I can call on Uncle Pete to help me with house shopping, or being stranded on the side of the road myself. He always helps when he can without hesitation.

In the event Uncle Pete is not working, you can find him with his family or playing with his dog. Uncle Pete's ultimate pride and joy is spending time with his grandchildren. He spends the first Saturday of every month at the Home-Depot workshop with his granddaughter Mia and grandson JJ. At parties, Mia only wants her Pawpaw. You may even catch Uncle Pete dressed as Santa for his grandbabies around the holidays. The bond they share is the most precious and lights up any room. I truly believe if every child had a Pawpaw like Uncle Pete the world would be a better place.

Most remarkably, Uncle Pete has remained sober despite having a troubled past. That in itself is such a huge achievement, and our whole family is proud of Uncle Pete. He has created a loving home and life. It is extremely unlike Uncle Pete to act in any way that would jeopardize spending time with his family or working hard for them.

It is my hope that you take my character reference into consideration for Pete Krill. I ask to recognize Uncle Pete as devoted, talented, family man he is behind his tattoos and past. I ask to not judge a book by its cover.

Sincerely,
Calla Travia
Calla Travia

## Pete Krill Character Reference













calla Giana

December15, 2023

Chief Judge James E. Boasberg
United States District Court for the District of Columbia
333 Constitution Avenue
NW, Washington, DC 20001

Dear Honorable Boasberg,

I am writing this letter on behalf of my brother in law Peter (Pete) Krill Jr. whom I have known for fourteen years.

My name is Dawn Messenger , I am a married mother of three children, and a retired United Airlines flight attendant.

Pete is happily married to my sister-in-law Estelle Messenger Krill and they live close by to my family in Sewell NJ. Both are a loving Uncle and Aunt to my children. They enjoy spending quality time with us and we are blessed to have them as part of our family.

It was 2009 when I first meet Pete and since that time had the pleasure of meeting his wonderful family, spending quality time with his parents, two brothers, and their families. It is clear to see that his true meaning in life today revolves around his wife and grandchildren, spending time with family every moment he can.

Pete has been an inspiration to my children through example of his hard work ethics and loving nature. He has mentored so many lives in the last fourteen years and I am proud to have him as part of my family. I have personally seen serval individuals lives turn around due to Peter's guidance, support and knowledge from his pass experiences.

Thank you for taking the time to read this letter. I hope this letter sheds some positive insight on Peter Krill Jr.


Respectfully yours,

Dawn Messenger

December 7th, 2023

Honorable Chief Judge James E. Boasberg
United States District Court
District of Columbia
RE: Peter Krill Jr

Dear Chief Judge Boasberg,

My name is William W Messenger, I am a resident of Mullica Hill, NJ. I am the President of Campbell's Express and the Vice President of Pitman Warehousing, both located in Pitman NJ. I am also the former President of NJ Motor Truck Association, and currently, their Chairman of the Board. I coached youth sports for 15 years in Pitman, and also at St Margaret's elementary school. I am a father of four, and also raised a God-daughter. I am the Son of a NJ Police Officer, and I                                                    I also attended the
in Philadelphia.

I met Pete back in 2009; he was introduced to me through my sister—Estelle (Stel) Krill. At that time, Stel and Pete were dating. Both Stel and Pete had early-life addiction issues, but were sober and involved with recovery at that time. Pete and I developed a friendship quickly. He helped me with my personal struggles; two of my sons struggled with opiate addiction, and both came close to losing their lives several times. This was a dark and painful time in my life. Pete was always there for them; he helped them get into sober housing, and even took them in under his own roof. He always gave them the hard truth, and related with their struggles, as a former addict himself. As for me, he helped me understand addiction, and to not put so much blame on myself. He always listened, and was there for me to vent or get advice when I needed it. I would call Pete when a friend or a friend's child was struggling; and he would always take the time to meet with, council, and help them find a way to get sober. He's helped save numerous people grappling with addiction; and I will always be grateful for his help and guidance.

Pete is extremely gifted and talented; he is self-taught on all aspects of maintenance and construction. He has helped countless people at all hours of the day, when any situation arises. He is the first to stop what he is doing and help anyone that calls him. I know this first-hand; anytime I've called, he has been quick to assist. Everyone that knows him has similar stories to tell about him. In fact, I've never met anyone that had a negative thing to say about Pete.

In closing, Pete Is a great family man who always puts his family first. Pete is an outstanding husband, father and grandfather. You can frequently find him at Home Depot's "Children's Woodworking Class" with his 3-year-old granddaughter, Mia, and his German Shepherd, Frea. Pete is a true lover of dogs, and one of the best pet owners I know. He takes great care of both his dogs and his family. I know Pete extremely well, and have trusted him with my children, my home, my business and my pets. As a character reference, I hope and pray for leniency. I'm blessed and grateful to know and be in-laws with Peter Krill. Thank you for your time and consideration.

Warmest Regards,

Honorable Chief Judge James E. Boasberg

Character Letter for Peter Krill Jr.

My name is William Messenger, and I am Peter Krill's nephew. I am in sales at MSC Industrial supply, specializing in public sector accounts. I also am a partner in a security company that specializes in active shooter preparedness. I am a father of, soon to be two boys, with a 14-month-old and another due in 2 months. I also have a nine-year-old stepson. I am very active in his life and have coached his local soccer team for the past two years. My wife and I are happily married and almost finished with building our dream house. I am so grateful for this life that I have built, and I owe a lot of that credit to my uncle Pete!

Pete came into our family's life in 2009 and then married my Aunt Stel in 2013. When he first came into our lives, I was in a dark place. Suffering from a serious opiate addiction, I had little hope. Pete immediately became a role model for me. Him and my aunt took me in at one point because I have been kicked out of both of my parent's houses. He helped me get in a good routine and taught me even more of a work ethic then I already had. Growing up in a family business, I had a great work ethic already, but he inspired to work on my crafts and that I could become anything I set my mind to. He took me to meetings, taught me to have a positive mindset, and to never give up. I would end getting kicked out of their house as well because I was not ready. I spent the next few years in and out of treatment. Even through all those tough years, I would remember everything Pete taught me. Fast-forward to June of 2018 when I finally got sober. I moved home from Florida and had amazing support. Pete would attend meetings with me and help me with my recovery. In the past 5 years I have built an amazing life that I love and thank God for everyday!

Now I know this is not about me but Pete. I had to give some backstory to properly depict the importance of my relationship with my uncle Pete. I have not only lived a miracle with his help but have witnessed his growth over the past 14 years. Since Pete has come into my life, he has become such an important part of our entire family. He has built such an amazing life and family for himself. He is a

success story! With his background, the statistics were stacked against him. I have watched him grow as a man, as a father, as a husband, as a grandfather, and even spiritually. Pete has a heart of Gold and anyone that really knows him would agree. He is very thoughtful and always there if needed. He has a good reputation and is very well trusted by many.

I know the entire family is heartbroken and devastated over this situation. For someone to have come so far in life to end up being at the wrong place at the wrong time. I don't know the details of his case but know that, if anything, he has shown remorse for putting his family in this situation. He is the rock in his household and is the world to his grandkids. We are all praying for mercy and for a positive outcome. Pete being home would truly benefit a lot of people and the children in the family.

I truly hope this letter gives a clear understanding of Pete's character. I can only give true testimony to what I have witnessed and what he has meant to me. I know this letter may sound bias but its honestly just the truth. Thank you for your time and consideration!

Sincerely,

William Messenger

Jordan Messenger
Character witness
United States District Court
12/16/2023


Dear Chief Judge Boasberg

My name is Jordan Messenger. I am 31 years old. A father of a beautiful two-year-old daughter Elena, and husband to my amazing wife Priscila. I am Peter Krill's nephew. My father's sister is Estell Krill. Peter Krill's wife. I am writing this letter on behalf of my uncle Peter who is to be seen in court. I sincerely hope this letter will serve as a great character witness on behalf of my uncle. I cannot give exact dates but I can give you my exact memory and how Peter has personally helped me in my journey. This is a highly resourceful man. An extremely intelligent and deeply caring man who I look up to. Despite his addictions and hardships in his past, he made it out and is the protector, provider, and presider of his family today.

In order to understand my personal relationship with Peter you have to know I also have a past of addictions and struggles. At 16 years old I was introduced to opiates. This is a battle I struggled with for over 8 years. On and off, again and again, I went back and forth. I wouldn't wish the darkness of addiction on my worst enemy. Even though I sometimes am ashamed of my past I wouldn't change who I am today. I love who I am and what I have in my life. Without Peter I really don't know if I'd be alive today. I don't say that lightly. My uncle Peter comes from a similar background of addiction. He plays an important role in how I made out.

Jumping to a very important moment in my life. The first person I saw the day after my overdose in 2016 was Peter. He prioritized seeing me in a very confusing and scary time in my life. He could have easily been busy with life and could have called me and checked the box of touching base with me, but that's not who he is. He doesn't just say he cares. He shows up. I now had a taste of the worst parts of addiction and I had someone who had literally walked the same path. He told me that everyone he knew that overdosed and died didn't plan on dying that time. He made me really think about how lucky I was. Peter helped me in so many other areas. Taught me good work ethic, how to be more of a man, and how to think more about life instead of just reacting to it. Peter took me to support groups and meetings for my past addiction problems. He was there for me more than most of my family members. He was patient and kind with me. He wanted to know what was really on my mind. I couldn't even speak with my own father because he couldn't understand but I had Peter.

I have rewritten this letter many of times now. I keep getting lost in details because the details matter to me. I kept this short because if I went any longer, I'd have to go on for pages. I touched on the points that mattered the most to me. Which is the fact I had this man beside me through my darkest times. Peter is a man who helped a lot of people. He is the same way with everyone he knows and cares for. I know any day or time I can call him and he would show up. Doesn't matter if a whole year went by, he would be there for me. As I said earlier, he is a protector of his family and a leader. It would be a disservice to society if he were to be taken away and thrown in prison. Society is better with him in it. Too many people rely on him. His contribution is too great. He is living a great life today. If you were to go on my aunts Facebook page you would see him loving on his grandbabies. You would see pictures of him obsessed with his dogs. Constantly going on to parks and driving to beautiful places to explore gods land and to experience that with his family. He is living his best life. Please take this testimony to heart and see who this man is today. I want to thank you for taking the time to read this letter and thank you for your service to our great nation.

Sincerely,

Jordan Messenger

December 7, 2023

Chief Judge James E. Boasberg
United States District Court for the District of Columbia
333 Constitution Avenue
NW, Washington, DC 20001

Dear Honorable Boasberg,

I am writing this letter on behalf of my brother in law Peter (Pete) Krill Jr. whom I have had the pleasure of knowing and being a part of me and my families lives for the past fourteen years.

By way of background, I am a married father of three children and currently reside in New Jersey.  In 2022, I proudly retired as a                           after twenty-five years of dedicated service.  I served in numerous capacities to include investigating organized crime in New York and serving as a member of the                           team. I served in executive leadership positions at                           in the                           and was detailed to the

                          with management and oversight of over 800 employees.

Pete is happily married to my sister Estelle Messenger Krill.  They are the proud parents of four children and three grandchildren.  They enjoy and cherish spending quality time with their loved ones and friends.  In my personal experiences and observations, Pete is someone who possesses positive traits and characteristics such as compassion for all of humanity and animals, caring, dependable, reliable and embodies a devout love of family. One significant instance that comes to mind that I have personally witnessed was Pete supporting family, friends and strangers whom were dealing with drug and alcohol addiction. He supported and counseled a young member of our extended family to include moving him into his house, and doing everything possible to mentor, guide and assist this family member during such difficult times. Because of Pete's love and engagement, this family member is now happily married and a proud father of two beautiful children with another child on the way.

I have also had the pleasure of meeting and getting to know on a personal level Pete's family.  His father Peter Krill Sr. (deceased) served in the US Navy and as an instructor at the Union County Police Academy.  His brother David Krill continues to serve as a                           and his sister in law Shoshanna Heskeyahu serves as a                                                               .

I have seen firsthand, Pete's support of law enforcement as he traveled the state of NJ supporting numerous police functions and events.  Pete also proudly served and was a

panelist on the NJ Governors prison reform initiatives, providing solid insight and guidance to NJ legislative decision makers on how to assist inmates once they are released from prison, and assist those in leading productive lives.

Thank you for taking the time to read this letter. I am available to answer any questions you might have and am hopeful this letter will have a positive impact on how you look at Peter Krill Jr.

Very Respectfully,

Michael J Messenger
























• M A R C H  8 •

*It is a mistake to look too far ahead. Only*
*one link in the chain of destiny can be*
*handled at a time.*

— Sir Winston Churchill

How many times today will we think or say, "I
wish I knew what was going to happen"? We can
find contentment in the knowledge that God will
take care of us, regardless of the outcome of any
situation. And even more importantly, God al-
ready knows the outcome, and we'll know it too
when the time is right. We never need to worry;
all is well. We're given the knowledge and direc-
tion we need when we're ready for it.

If we had known two or three or ten or twenty
years ago that we'd be sharing our current jour-
ney with non-using, non-drinking men and
women, we'd likely have expressed horror and
disbelief. And yet we're here, gratefully so, living
more peace-filled moments than we would have
ever imagined possible. We got here, little by
little, with God's care. We'll get where we're
supposed to be in the same loving manner.

*I will trust each moment of my life to God's loving*
*care.*