# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

**U.S.A. vs. Peter Krill**                                    **Docket No.: 1:23-CR-342-001**

The Court may enter a minute order for any of the following options:

THE COURT ORDERS:

1. ☒  Concurs with the recommendation of the Probation Office to "*Release the Presentence Report, Indictment, Judgment and Commitment Order, and Statement of Reasons in this criminal case to the United States Probation Office for the District of New Jersey.*"

2. ☐  Request to release the documents is denied.

3. ☐  Other _____

_____

James E. Boasberg, Chief Judge
United States District Court

08/09/2024

_____
Date